UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2011 OCT -7 P 2: 30

US DISTRICT COURT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Criminal No. 3:11CR 196 (AWT) |
| DELLA LIEN | : | Violation:<br>31 U.S.C. § 5324(a)(3) (Structuring financial transactions)<br>31 U.S.C. § 5317(c)(1) (Criminal Forfeiture) |

## INFORMATION

The United States Attorney charges:

1.   At all times relevant to this Information:

### Introductory Allegations

a. DELLA LIEN, the defendant herein, was a resident of Cheshire, Connecticut.

b. LIEN maintained 10 accounts at Webster Bank, a domestic bank located in Connecticut.

### Regulations Concerning Cash Transactions

c. Title 31, United States Code, Section 5313(a), and the regulations promulgated by the Secretary of the Treasury, required domestic financial institutions, such as Webster Bank, to file a report of cash transactions in excess of $10,000. These reports, known as Currency Transaction Reports ("CTRs"), are provided to the Internal Revenue Service of the United States and are available to federal law enforcement authorities.

## COUNT ONE
## (31 U.S.C. § 5324(a)(3))

2. The allegations contained in paragraph 1 are incorporated by reference in this Count as if fully set forth herein.

3. From on or about March 20, 2007 to on or about June 2, 2009, in the District of Connecticut,

DELLA LIEN,

the defendant herein, did knowingly and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, structure, assist in structuring, and attempt to structure and assist in structuring, transactions with a domestic financial institution, by depositing a total of $125,010 in United States currency into her 10 accounts at Webster Bank in Connecticut, on or about the dates and in the amounts set forth below:

| Deposit Date | Account Number | Cash Amount |
| --- | --- | --- |
| March 20, 2007 | xxxxxxx0598 | $ 9,000 |
| May 13, 2008 | xxxxxxx0598 | $ 8,000 |
| July 9, 2008 | xxxxxx1472 | $ 8,000 |
| July 31, 2008 | xxxxxxx9621 | $ 9,260 |
| August 6, 2008 | xxxxxxx2607 | $ 9,750 |
| September 23, 2008 | xxxxxxx9946 | $ 9,500 |
| October 15, 2008 | xxxxxxx7246 | $ 9,000 |
| October 22, 2008 | xxxxxxx7364 | $ 9,200 |
| November 4, /2008 | xxxxxxx1564 | $ 9,300 |
| February 24, 2009 | xxxxx4102 | $ 9,000 |

| Deposit Date | Account Number | Cash Amount |
|---|---|---|
| March 18, 2009 | xxxxxx1930 | $ 8,000 |
| May 12, 2009 | xxxxxx1472 | $ 9,000 |
| May 20, 2009 | xxxxxx1930 | $ 9,000 |
| June 2, 2009 | xxxxxx1930 | $ 9,000 |

**Total: $ 125,010**

All in violation of Title 31, United States Code, Section 5324(a)(3) and (d)(1), and Title 31, Code of Federal Regulations, Section 103.11.

### FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Information, DELLA LIEN, the defendant herein, shall forfeit to the United States of America pursuant to Title 31, United States Code, Section 5317(c)(1), all property involved in the offense, and all property traceable thereto, including, but not limited to, a money judgment in the amount of $125,010. If any of the above-described forfeitable property, as a result of any act or omission of the defendant, cannot be located upon the exercise of due diligence, has been transferred, sold to, or deposited with a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

All in accordance with Title 31, United States Code, Section 5317(c)(1), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

        UNITED STATES OF AMERICA

        DAVID B. FEIN
        UNITED STATES ATTORNEY

        DEIRDRE M. DALY
        FIRST ASSISTANT UNITED STATES ATTORNEY

        PETER S. JONGBLOED
        ASSISTANT UNITED STATES ATTORNEY