UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2011 OCT -7 P 2:29

US DISTRICT COURT

UNITED STATES OF AMERICA        :
                                :
           v.                   :     Criminal No. 3:11CR 196 (AWT)
                                :
                                :

## PETITION TO ENTER PLEA OF GUILTY
## PURSUANT TO RULES 10 AND 11 OF
## THE FEDERAL RULES OF CRIMINAL PROCEDURE

The above-named defendant respectfully petitions this
Court to permit him/her to plead "GUILTY" to Count(s)
_____ One _____ of the Indictment/Information in
Criminal No. _____ (AWT).

The following is my own statement as to what occurred,
which shows that I am, in fact, guilty of each charge to which I
am now offering to plead "Guilty." [Defendant must set forth, in
his/her own handwriting, or through an interpreter, his/her own
statement as to each count with which he/she is charged.  Use
additional sheets if necessary and attach to this petition.]

I structured cash deposits to
federally insured banks between
April 2006 to October 2009.
I knew this violated the law and
that deposits would not be reported.

-2-

I declare that I offer my plea of "GUILTY" freely and voluntarily and of my own accord.  I also declare that my attorney has explained to me, and I understand, the statements set forth in the Indictment/Information and in this petition and in the "Certificate of Counsel" attached to this petition.

-3-

I request that the Court enter now my plea of "GUILTY" as set forth above in reliance upon my statements in this petition.

Signed by me in open court in the presence of my attorney at Hartford, Connecticut, this ___ day of _____, 2011.

_____
Defendant

-4-

CERTIFICATE OF COUNSEL

The undersigned, as attorney and counselor for the
defendant, _____, hereby certifies as
follows:

(1)  I have read and fully explained to the defendant all
the accusations against the defendant which are set forth in the
Indictment/Information in this case;

(2)  To the best of my knowledge and belief each statement
set forth in the foregoing petition is in all respects accurate
and true;

(3)  The plea of "GUILTY," as offered by the defendant in
the foregoing petition, accords with my understanding of the
facts as related to me by the defendant, and is consistent with
my advice to the defendant;

(4)  In my opinion, the defendant's waiver of the reading of
the Indictment/Information in open court, and of all further
proceedings upon arraignment as provided in the Federal Rules of
Criminal Procedure, is voluntarily made; the defendant understood
what he/she was doing when he/she waived the reading; and I
recommend to the Court that the waiver be accepted by the Court;

(5)  In my opinion the plea of "GUILTY," as offered by the
defendant in the foregoing petition, is voluntarily and
understandingly made, and I recommend to the Court that the plea
of "GUILTY" be now accepted and entered on behalf of the

defendant as requested in the defendant's petition;

(6)  I have read and understood and explained to the
defendant all the provisions of Rules 10 and 11 of the Federal
Rules of Criminal Procedure, and I believe the defendant
understands the substance of both of those Rules;

(7)  I have caused a copy of the foregoing petition,
completed by the defendant, to be delivered to the Assistant
United States Attorney in charge of this case prior to the
parties' appearance in court at the plea proceeding.

Signed by me in open Court and in the presence of the
defendant above named at Hartford, Connecticut, this 7th day of
October , 2011.

_____
Attorney for the Defendant

O R D E R

Good cause appearing from the foregoing petition of the
defendant above named and the certificate of his counsel, and
from all proceedings heretofore had in this case, it is hereby
*Reconsidered*
~~ORDERED~~ that the petition be granted and that the defendant's
plea of "GUILTY" be accepted and entered as prayed in the
defendant's petition and as recommended in the certificate of his
counsel.

Done in open court in Hartford, Connecticut, this 7 VK day
of _October_, 2011.

/s/ Donna F. Martinez, USMJ

Alvin W. Thompson
United States District Judge