UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,
     Plaintiff

v.                        NO.  3:11-cr-00196 (AWT)

DELLA LIEN,
         Defendant.        APRIL 2, 2012

## **SUPPLEMENTAL SENTENCING MEMORANDUM**

The defendant supplements her earlier-filed Sentencing Memorandum by appending the attached Community Service Proposal.

               THE DEFENDANT,
               DELLA LIEN


               By /s/ William F. Dow
                     William F. Dow, III (ct00161)
                     JACOBS & DOW, LLC
                     350 Orange Street, P.O. Box 606
                     New Haven, CT 06503
                     Telephone:  (203) 772-3100
                     Facsimile:  (203) 772-1691
                     E-Mail:  wdow@jacobslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2012, a copy of the foregoing was filed electronically and served by United States Mail, first class postage prepaid on any party unable to accept electronic filing.  Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to any party unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/ William F. Dow
William F. Dow, III

# CLINTON J. ROBERTS & ASSOCIATES, INC.

———— CRIMINAL DEFENSE MITIGATION ————

CLINTON J. ROBERTS

100 PEARL STREET, 11ᵀᴴ FLOOR
HARTFORD, CT 06103

TEL: (860) 278-5252
FAX: (860) 560-0060
Email: cjrascinc@aol.com

March 30, 2012


United States of America          : No: 3:11 CR-00196 (AWT)

v.

Della Lien


Sentencing date: April 3, 2012

---

## MEMORANDUM

## COMMUNITY SERVICE PROPOSAL

The undersigned respectfully submits the following memorandum outlining a
community service proposal pursuant to U.S.S.G. §§5B1.3(e)(3)/5D1.3(e)(3).  Attorney
William F. Dow, III requested the proposal in behalf of his client, Della Lien who is
before this court for sentencing on April 3, 2012.  The undersigned is a former probation
officer for the State of Connecticut and who has been in private practice as a criminal
defense mitigation specialist for over 20 years.

CLINTON J. ROBERTS & ASSOCIATES, INC.

During the course of the investigation into a viable community service proposal the undersigned reviewed case related material provided by Attorney Dow. Professor Della Lien was interviewed at the office of Attorney Dow as well as during collateral telephonic interviews.

As the Court is aware Professor Lien is 70 years old. She has had a career as an educator having been employed as a professor at Quinnipiac University for over 30 years. Prior to scaling down her teaching activities in 2006 Professor Lien was the Dean of International Studies at Quinnipiac University. Moreover, her husband Cheng Sing Lien, age 71 was also an educator having been employed as a professor at Central Connecticut State University prior to his retirement in 2008. The couple has two adult children who are successful in their own right. Professor Lien and her husband enjoy a close relationship and have resided in Cheshire, Connecticut for the past 33 years.

## Past History of Public Service and Good Deeds

Professor Lien reported a very active history of community service over her many years as an educator and resident of Cheshire, Connecticut. From 1986 to 1997 she volunteered at the United Nations during the summer months lecturing on modern technology to developing countries. She reported that her volunteerism at the United Nations was the seed that grew into the International Studies program at Quinnipiac University to which she was named Dean of the School. Professor Lien's interest in international relations and her volunteer work at the United Nations also resulted in her

CLINTON J. ROBERTS & ASSOCIATES, INC.

being invited to lecture at universities in China including Nanjing University in 1991.

Professor Lien's ongoing professional relationship with universities in China became

instrumental in bringing about an agreement with the Beijing Broadcasting Institute and

Quinnipiac University.  This relationship and agreement opened up many opportunities

for faculty and students in communications and the liberal arts to travel abroad to teach

and study in television bureaus across China.

    In her home town community of Cheshire, Connecticut Professor Lien was active

in volunteerism too. The Cheshire Chinese Women's Club was founded in 1991 by

Professor Lien. She was President of the Club for many years.  The group was considered

one of the first minority organizations in the town.  The club hosted fund raisers brought

Chinese film to the town library and conducted classes in the Chinese language and

traditions. The club sought to be inclusive encouraging non-Chinese from the town to

join.  Also, Professor Lien was the Deacon at the First Congregational Church in

Cheshire, Connecticut.  During 6 years as a Deacon Professor Lien conducted religious

services at local nursing homes and oftentimes brought her son along to play the piano

for the senior citizens.  Other community service included teaching Chinese to children in

her home town of Cheshire using a town bank's conference room as the classroom.

Professor Lien also routinely invited artists and academicians from her native China and

Taiwan to perform and/or lecture before members of her community and in some

instances for State of Connecticut agencies in order to introduce the Chinese culture to

her fellow citizens.  That said in April 1994 Professor Lien as Dean of International

Clinton J. Roberts & Associates, Inc.

Studies at Quinnipiac brought to Connecticut a Chinese university professor to the State of Connecticut Office of Treasurer to provide insight and understanding into the complexity of the financial landscape of China.

Her community service involvement over the years brought her further distinction receiving an achievement award in April 1980 from the New Haven YMCA as part of *Women in Leadership.* In November 2004 she also sponsored the Power of Women honoring the special achievement of women in Connecticut a gathering that was held at the Governor's Residence in Hartford.

In her retirement Professor Lien continues to volunteer as she is currently a Board member of a Domestic Violence Program in Queens, New York.  Furthermore, she is involved in a community development project in Flushing Meadows, New York "trying to make the community safer and cleaner", said Professor Lien.

**Community Service Proposal**

Professor Lien's personal history specifically her life and professional career as an educator and her past and present volunteerism in her community performing good deeds was the foundation of a proposal for community service for this Court's consideration.  The undersigned contacted the Chinese Language School of Connecticut located in Greenwich, Connecticut.  The Chinese Language School of Connecticut (CLSC) is a non-profit organization dedicated to teaching Chinese as a second language to students from toddlers to adults.  The school was founded in 2002 by a group of

4

CLINTON J. ROBERTS & ASSOCIATES, INC.

parents who wanted to offer Chinese as a second language to children of every

background.  Classrooms are limited to about 12 students.  For every class there is a

teacher and a teacher's assistant.  CLSC *activity based curriculum*" enables students to

acquire practical communication skills and the experience of learning a new language and

the culture and traditions of China.  CLSC is not affiliated with any political or lobbying

organizations.  The school stresses practical communication skills over rote

memorization.  Lessons are organized around themes such as family, food and travel so

that students could begin speaking quickly.  Classes are held on Sundays at Eastern

Middle School in Riverside, Connecticut and weekdays at the Second Congregational

Church in Greenwich. CLSC offers tutoring to students of all ages as well as

scholarships.

In developing the community service proposal members of the Board of Directors

for CLSC were contacted and apprised of the facts of the instant offense and the

particulars of the proposal.  The community service proposal is for Professor Lien to

donate $10,000 per year of probation or supervised release to the Chinese Language

School of Connecticut.  Also, she would sponsor five (5) scholarships for inner city

children or high school students who can not afford the tuition for the school.

Additionally, Professor Lien proposes that she would volunteer her time to teach Chinese

at CLSC on a weekly basis or act as a strategic advisor for the term of her probation or

supervised release.

CLINTON J. ROBERTS & ASSOCIATES, INC.

The above mentioned proposal was discussed in greater detail with the Co-Chairman of the Board of Directors for CLSC and the Director of CLSC. The school indicated their initial approval of the proposal during a telephonic interview stating that CLSC would consider Professor Lien as a volunteer and teacher or "*strategic advisor.*" The community service plan has been presented before Board members and has received their approval. The Co-Chairman commented that he believes Professor Lien would be an asset to their school based on her personal history and level of education and experience. The Co-Chairman reported that CLSC's tuition per student is approximately $1,100.00. Students whose family earn under $50,000 annual income are eligible for a scholarship.

**Conclusion**

Community service as a condition of probation or court ordered community supervision is a tried and true alternative sanction. Historically, a term of community based supervision that stipulates community service as one of the terms of probation or supervision makes it a sentence in and of itself. For example, according to the Federal Sentencing Guidelines Chapter Five – Determining the Sentence "Introductory Commentary" Part B – *Probation may be used as an alternative to incarceration, provided the terms and conditions of probation can be fashioned so as to meet the statutory purposes of sentencing, including promoting the respect for law, providing just*

CLINTON J. ROBERTS & ASSOCIATES, INC.

*punishment for the offense, achieving general deterrence, and protecting the public from further crimes by the defendant.*

The proposal for community service set forth in this memorandum for this Court's consideration would provide a benefit to society while meeting the sentencing goals of this Court. Also, the proposal utilizes Professor Lien's skills as an educator and professional experiences and would afford under privileged youth of our inner cities an opportunity to benefit including learning a second language and to have them better understand a different and unique culture. For the reasons presented in this memorandum the undersigned respectfully recommends the community service proposal to this Court for consideration.

Respectfully submitted,

Clinton J. Roberts & Associates, Inc.

By _____

Clinton J. Roberts

100 Pear Street, 11th Floor
Hartford, Connecticut 06103
(860) 278-5252

By _____

William F. Dow, III, Esq.

7



# 美康中文学校

**Chinese Language School of Connecticut**

P.O. Box 515, Riverside, CT 06878-0515
(866) 301-4906
www.ChineseLanguageSchool.org

**Directors**

Jeffay Chang
Darwei Kung
*Co-Chairmen*

Sue Chang, M.D.
*Board Secretary*

Cynthia Chang Scanl

Joab Tjiungwanara

Thomas K. Myers, Jr.

Rich Gegenwarth

Samantha Connell

**Officers**

Guihua Zhu
*Academic Director*

Sharon Lum
*Business Management &
Communications
Director*

Terri Kung
*Program Director*

Katy Myers
*Arts, Culture, and
Community Outreach
Director*

William J. Provoost
*Treasurer*

To: Mr. Clinton Roberts,                                                  April 1, 2012

Re: Della Lee Lien

Dear Mr. Roberts,

The Chinese Language School of Connecticut ("CLSC") would welcome the opportunity to meet with your client, Della Lee Lien to better understand her interest in supporting our school's efforts. Based on our discussion, it is our understanding that Mrs. Lien would like to make an unrestricted annual pledge of $10,000 for a period of three to five years and provide additional funds to support five full year scholarships for the same period of time. We also understand that Mrs. Lien has considerable experience in teaching and would like to volunteer her time at the school.

If she is interested in making an immediate donation, please have her write a check for $16,675 to the school which represents a $10,000 unrestricted grant and $6,675 to support five scholarships, sign and return a copy of this letter. As for volunteering her time, we would like an opportunity to meet with your client and highlight the academic and cultural programs at the school so that we can discuss the most suitable way to leverage her experience and knowledge.

We look forward to meeting your client and finding ways where we can work together to build upon our exciting and successful program.

Kind Regards,

*Jeffay Chang*
Co-chair of the Board of CLSC

I would like to make an annual pledge of $10,000 to CLSC' general fund. The annual pledge will be effective for a mutually agreed upon period of time between three to five years.

I would like to support five full year student scholarships each year. These scholarships will be supported and in place for a mutually agreed upon period of between three to five years.

_____          _____
Della Lee Lien                                    Date

*The Chinese Language School of Connecticut is accredited by the Middle States Association and AdvancEd*

Chinese Language School of Connecticut (CLSC) is a not-for-profit 501 (C) (3) tax exempt organization.