UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-------------------------------x
UNITED STATES OF AMERICA,       :
                                :
v.                              :   CASE NO. 3:11CR196(AWT)
                                :
DELLA LIEN.                     :
                                :
-------------------------------x
```

**ORDER RE MOTION FOR RELEASE PENDING APPEAL**

For the reasons set forth below defendant Della Lien's Motion for Release Pending Appeal (Doc. No. 40) is hereby DENIED.

At the heart of the defendant's contention that her appeal raises substantial questions of law or fact are her contentions that she was improperly sentenced based (1) upon speculation about the source of the funds that she structured; and (2) based upon her apparent inability to provide an explanation about the source of the funds that the court found credible.

As to the first point, her contention turns on its head the approach the court took to the sentencing.  Lien's counsel stated that he did not think there was any claim that the money was obtained illegally.  See Tr. of Sentencing Proceedings at 7 (Doc. No. 39).  The court agreed and stated "I think it's agreed that there's no evidence or suggestion that the money came from any illegal activity, but it is clear that your conduct was illegal." Id. at 31.

As to the second point, after considering a couple of

1

concerns about the appropriateness of the range suggested by the Guidelines, the court looked for other mitigating factors but was unable to identify any, primarily because the court concluded that it could not rely on the defendant's statements.  The fact that the defendant's explanation about the source of the funds was not credible was only one of the reasons the court concluded it could not depend on the defendant's statements.  See id. at 32.

Therefore, for these reasons and the additional reasons set forth by the government in its opposition, the court concludes that the defendant has not raised a substantial question of law or fact pursuant to 18 U.S.C. § 3143(b) or demonstrated that her counsel was ineffective or had a conflict of interest, but rather is merely (1) attempting to create a constitutional claim where one does not exist and (2) attempting to circumvent an enforceable appeal/collateral attack waiver.

It is so ordered.

Dated this 26th day of June, 2012, at Hartford, Connecticut.

/s/AWT
Alvin W. Thompson
United States District Judge